IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.P., A Minor, By His Parent, E.F. | : | CIVIL ACTION |
| v. | : | |
| LOWER MERION SCHOOL DISTRICT | : | NO. 18-4331 |

## ORDER

**NOW,** this 1st day of August, 2019, upon consideration of the Defendant's Motion for Summary Judgment (Document No. 16), and the Plaintiff's Motion for Summary Judgment on the Administrative Record (Document No. 17) and after a review of the administrative record, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment is **GRANTED**;

2. The Plaintiff's Motion for Summary Judgment is **DENIED**; and

3. The decision of the Office of Dispute Resolution is **AFFIRMED**.

/s/ TIMOTHY J. SAVAGE J.