# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **A.P., A Minor, By His Parent, E.F.** | : | **CIVIL ACTION** |
| **v.** | : | |
| **LOWER MERION SCHOOL DISTRICT** | : | **NO. 18-4331** |

## JUDGMENT

**NOW,** this 1st day of August, 2019, the plaintiff's motion for summary judgment having been denied and the defendant's motion for summary judgment having been granted, it is **ORDERED** that **JUDGMENT** is entered in favor of the defendant and against the plaintiff.

/s/ TIMOTHY J. SAVAGE J.